B6B (Official Form 6B) (12/07)

In re  **John Reese Nelson**                                         Case No.   **14-10907**
                                                                              (if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | - | $1,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo checking 2983 | J | $126.00 |
| | | Wells Fargo savings 1359 | - | $150.00 |
| | | Wells Fargo checking 7845 | - | ($133.00) |
| | | Wells Fargo savings 0864 | - | $75.00 |
| | | Wells Fargo savings 0872 | - | $0.31 |
| | | Wells Fargo checking 5929 dba Premier Lawncare | - | $836.00 |
| | | Paypal | - | $0.00 |
| | | BBVA Compass checking 9603 dba Nelson Construction checking | - | $33.63 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Sue Werkenthin security deposit | - | $2,200.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | television | - | $400.00 |
| | | DVD | - | $100.00 |
| | | stereo cabinet | - | $75.00 |
| | | fax | - | $75.00 |
| | | computer | - | $300.00 |
| | | desk | - | $400.00 |
| | | rugs | - | $50.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **John Reese Nelson**  Case No. **14-10907**

(if known)

### AMENDED
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---:|
| | | kitchenware | - | $300.00 |
| | | table and chairs | - | $300.00 |
| | | silverware | - | $50.00 |
| | | bed | - | $400.00 |
| | | night stand | - | $100.00 |
| | | television | - | $300.00 |
| | | lamp | - | $100.00 |
| | | bed | - | $200.00 |
| | | dresser | - | $200.00 |
| | | night stand | - | $100.00 |
| | | television | - | $200.00 |
| | | lamp | - | $30.00 |
| | | television | - | $200.00 |
| | | computer | - | $300.00 |
| | | desk | - | $300.00 |
| | | linens | - | $50.00 |
| | | vacuum | - | $75.00 |
| | | washer | - | $300.00 |
| | | dryer | - | $300.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John Reese Nelson**　　　　　　　　　　　　　　　　Case No.  **14-10907**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
**SCHEDULE B - PERSONAL PROPERTY**
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | misc personal belongings | - | $300.00 |
| | | children's toys | - | $400.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CDs | - | $300.00 |
| | | art | - | $100.00 |
| 6. Wearing apparel. | | misc mens clothing | - | $800.00 |
| | | misc child's clothing | - | $450.00 |
| 7. Furs and jewelry. | | watch | - | $300.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Glock 9 pistol | - | $300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **John Reese Nelson**　　　　　　　　　　　　　　　Case No. **14-10907**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Nelson Construction & Design LLC 100% owner | - | $0.00 |
| | | Commercial Maintenance Services, LLC 50% owner | - | $0.00 |
| | | dba Premier Landscape & Maintenance 40% owner | - | $0.00 |
| | | fdba 360 Mobile Detail | - | $0.00 |
| | | fdba All Star Maintenance | - | $0.00 |
| | | fdba L&N Investments | - | $0.00 |
| | | Pit Stop Beer Barn, LLC 50% owner | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

14-10907-tmd  Doc#9  Filed 07/07/14  Entered 07/07/14 11:28:46  Main Document  Pg 5 of 7

B6B (Official Form 6B) (12/07) -- Cont.

In re **John Reese Nelson**  Case No. **14-10907**
(if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2012 Ford F-350 39,000 miles | - | $45,275.00 |
| | | 2012 Ford F-350 | - | $45,187.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John Reese Nelson**                                          Case No.   **14-10907**
                                                                                 (if known)

*AMENDED*
**SCHEDULE B - PERSONAL PROPERTY**
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 25,000 miles | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | misc power and hand tools | - | $1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached     **Total >**     **$103,904.94**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **John Reese Nelson**  Case No. **14-10907**
(if known)

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **8** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **7/7/2014**   Signature **/s/ John Reese Nelson**
*John Reese Nelson*

Date _____   Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*