

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 23, 2016.**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| John Reese Nelson, d/b/a Premier | § | CASE NO. 14-10907-TMD |
| Lawncare & Maintenance, | § | |
| | § | |
| Debtor | § | Chapter 7 |
| | § | |
| John Patrick Lowe, Trustee, | § | |
|    Movant | § | |
| | § | |
| v. | § | |
| | § | |
| Austin Fence LLC, | § | |
|    Respondent | § | |

**Order Sustaining Objection to the Proof of Claim filed by
<u>Austin Fence LLC (Claim No. 17-1)</u>**

On this day came on to be considered the Chapter 7 Trustee's Objection to the Proof of Claim filed by Austin Fence LLC (Claim No. 17-1). After considering the Objection and the case docket, no

timely response to the objection having been filed, the Court is of the opinion that the Trustee's objection should be sustained.

IT IS, THEREFORE, ORDERED that the Chapter 7 Trustee's Objection to the Proof of Claim filed by Austin Fence LLC (Claim No. 17-1) is sustained.

IT IS FURTHER ORDERED that the Proof of Claim filed by Austin Fence LLC on August 28, 2015 in the amount of $27,714.70, number 17-1 on the Claims Register, is disallowed.

Entry of this Order won't prejudice (a) the allowance or disallowance of Proof of Claim number 3-1 filed by Austin Fence LLC on July 21, 2014 in the amount of $27,714.70 or (b) the assertion of any claim or cause of action by the Trustee or by the bankruptcy estate against claimant.

IT IS FURTHER ORDERED that a copy of this Order will be served by the Clerk's office upon the claimant at the following address: Austin Fence LLC, Attn: James Gill, Owner, 1201 Rio Grande, Ste. 200, Austin, TX 78701.

### #

Order Prepared By:

John Patrick Lowe, Trustee
218 North Getty Street
Uvalde, Texas 78801
(830) 278-6271
(830) 278-7643 (fax)
Email: johnplowe@sbcglobal.net